## Kaercher *v.* Miller, Appellant.

14

Argued November 13, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before REED, P. J., specially presiding.

*Charles M. Barrickman,* with him *George I. Buckler, George Y. Meyer,* and *Wallover, Barrickman & Scalera,* for appellant.

*J. Leonard Solomon,* for appellee.

OPINION PER CURIAM, December 14, 1961:
The order of the Court of Common Pleas of Beaver County is affirmed on the opinion of President Judge FRANK E. REED of the Orphans' Court, specially presiding for the court below, reported at 25 Pa. D. & C. 2d 518.